UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHIVA AHMADPOUR, et al.,

Plaintiffs,

v.

MARCO RUBIO, et al.,

Defendants.

Case No. 2:25-cv-3730-TLN-JDP

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 4, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Plaintiff filed objections on August 20, 2026, and they were considered by the Court. (ECF No. 18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed August 4, 2026 (ECF No. 17) are ADOPTED in full;

2. Defendants' motion to dismiss and for summary judgment (ECF No. 7) is GRANTED; and

3. The Clerk of Court is ordered to enter judgment accordingly and to close this case.

IT IS SO ORDERED.

DATE: November 4, 2026



TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE